**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| YVETTE MARTIN, as Special Administrator of the Estate of Alprentiss Nash, ) ) | CASE NO. 14 C 01493 |
| Plaintiff, ) ) ) | JUDGE GETTLEMAN |
| v. ) ) | |
| CITY OF CHICAGO, Michael Baker and John Solecki ) ) ) | |
| Defendants. | |

**STIPULATION TO DISMISS WITH LEAVE TO REINSTATE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with leave to reinstate solely in the event that the Chicago City Council rejects the Release and Settlement Agreement filed herewith, and with each party bearing its own costs and attorney's fees in accordance with the terms of the Release and Settlement Agreement and the Final Agreed Order of Dismissal.

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

_____
Kathleen T. Zellner
Attorney for Plaintiff, Yvette Martin
Kathleen T. Zellner & Associates, P.C.
1901 Butterfield Road
Suite 650
Downers Grove, Illinois 60515
ATTY'S PHONE # 630-955-1212
Attorney No. _____
FEIN: _____
DATE: _____

STEPHEN PATTON
Corporation Counsel
Attorney for defendant City of Chicago

_____
Josh Engquist
Chief Assistant Corporation Counsel
Attorney for Defendants,
Michael Baker and John Solecki
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-7852
Attorney No. 06242849
DATE: 5/15/16

6